**EXHIBIT B**

Int. Cls.: 39 and 43

Prior U.S. Cls.: 100, 101 and 105

Reg. No. 2,842,433

United States Patent and Trademark Office    Registered May 18, 2004

## SERVICE MARK
## PRINCIPAL REGISTER

## OTELS

OTELS, INC. (VIRGINIA CORPORATION)
2111 WILSON BOULEVARD
SUITE 700
ARLINGTON, VA 22201

FOR: DIRECTORY SERVICES, NAMELY, PROVIDING INFORMATION ON TRANSPORTATION FOR OTHERS, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 3-6-2001; IN COMMERCE 3-6-2001.

FOR: TRAVEL AGENCY SERVICES, NAMELY, MAKING RESERVATIONS AND BOOKINGS FOR TEMPORARY LODGING FOR OTHERS; PROVIDING INFORMATION ON TEMPORARY LODGING FOR OTHERS, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 3-6-2001; IN COMMERCE 3-6-2001.

SER. NO. 76-474,373, FILED 12-3-2002.

DAWN FELDMAN, EXAMINING ATTORNEY